**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GINA MANON, ) | |
| ) | Case: 1:23-cv-05231 |
| Plaintiff, ) | |
| ) | |
| v. ) | Magistrate Judge Heather K. McShain |
| ) | |
| GREYHOUND LINES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STATUS REPORT ON DISCOVERY**

Pursuant to the Court's February 16, 2024 Order [Dkt. 27], the Parties submit the following Joint Status Report:

A. **Discovery Progress**

    1.    The Parties have completed written discovery.

    2.    Depositions have not been completed.

B. **Settlement Discussions and Request for a Settlement Conference**

    1.    The Parties are both interested in settlement but are far apart.

    2.    The Parties jointly request a settlement conference with the Honorable Judge Heather K. McShain.

C. **Other**

    1.    The discovery deadline is April 1, 2024 and the Parties will file a joint motion to extend discovery pending the settlement conference.

Dated this 18th day of March, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ *Mohammed O. Badwan* | /s/ *Jennifer H. Kay (with consent)* |
| **Mohammed O. Badwan, Esq.** | **Jennifer H. Kay, Esq.** |
| Sulaiman Law Group, Ltd | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 2500 South Highland Ave., Suite 200 | 155 N. Wacker Drive, Suite 4300 |
| Lombard, IL 60148 | Chicago, IL 60606 |
| (630) 575-8180 | (312) 558-1220 |
| mbadwan@sulaimanlaw.com | Jennifer.kay@ogletree.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March 2024, a true and correct copy of the foregoing was filed electronically via CM/ECF, which will effectuate service on all counsel of record.

/s/ *Mohammed O. Badwan*
**Mohammed O. Badwan, Esq.**